UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INKBED, INC.,<br><br>                                Plaintiff,<br><br>v.<br><br>VANDUE CORPORATION,<br><br>                                Defendant. | Case No.: 21-cv-00269-H-KSC<br><br>**ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>[Doc. No. 10.] |

On April 8, 2021, Plaintiff Inkbed, Inc. filed a second unopposed motion for an extension of time for Defendant Vandue Corporation to file a response to Plaintiff's complaint. (Doc. No. 10.) For good cause shown, the Court grants the motion for extension of time. Defendant Vandue must file any response to Plaintiff's complaint on or before **May 12, 2021**.

**IT IS SO ORDERED.**

DATED: April 12, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT